904 A.2d 912

**MARRIOTT RESIDENCE INN II LIMITED PARTNERSHIP, AHM Res II Limited Partnership and Residence Inn by Marriott, Inc., d/b/a Residence Inn by Marriott Philadelphia/Valley Forge, Appellants,**

v.

**DEPARTMENT OF TRANSPORTATION OF the COMMONWEALTH OF PENNSYLVANIA, Tredyffrin Township, Allan A. Myers, Inc., URS Corporation and Urban Engineering, Inc., Appellees.**

No. 17 EAP 2005.

Supreme Court of Pennsylvania.

Aug. 23, 2006.

## *ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of August, 2006, the order of the Commonwealth Court is affirmed.